FILED
JUL 30 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GARRETT CARL TUGGLE (2),<br><br>    Defendant. | Case No. 21-CR-01804-CAB<br><br>ORDER AND JUDGMENT ON GOVERNMENT MOTION TO DISMISS INFORMATION |

Based upon the Unopposed Motion of the United States, and good cause appearing therefor, IT IS HEREBY ORDERED that the Information in Case Number 21-CR-1804 shall be dismissed without prejudice.

IT IS SO ORDERED.

DATED this 30TH day of July, 2021.

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE